costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

EUSOBIO VARRICCHIO, Appellant, v. BROOKLYN & QUEENS TRANSIT CORP., Respondent.— Action to recover damages for personal injuries. Order granting defendant's motion for reargument, and on reargument denying plaintiff's motion to be relieved of a stipulation of discontinuance, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.

JOSEPH B. WISEMAN, Appellant, v. OGDEN PHIPPS and ROY C. GASSER, as Executors, etc., of OGDEN LIVINGSTON MILLS, Deceased, Respondents.— Action by a chauffeur to recover a legacy bequeathed to domestic servants of Ogden L. Mills, deceased, who had been in the employment of the decedent for seven or more years. Judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ. [175 Misc. 964.]

YONKERS SAVINGS BANK, Appellant, v. THE YONKERS SAVINGS AND LOAN ASSOCIATION, Respondent.— Action for an injunction to restrain respondent from doing business under the name of " The Yonkers Savings and Loan Association." Judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ. [174 Misc. 973.]

## (May 14, 1941.)

CHARLES L. CASANAVE, Suing in His Capacity as Stockholder and Director of NATIONAL SCREEN ACCESSORIES, INC., as Stockholder and Director of ADVERTISING ACCESSORIES, INC., and as a Director and One Beneficially Interested in the Stock of AMERICAN DISPLAY COMPANY, INC., and All Those Similarly Situated, Respondent, v. HERMAN ROBBINS and Others, Appellants, and Others, Defendants. EDWARD P. CASANAVE, Plaintiff, and CHARLES L. CASANAVE, Respondent, v. HERMAN ROBBINS and Others, Appellants, and Others, Defendants. HERMAN ROBBINS and TOBY GRUEN, as Directors of NATIONAL SCREEN ACCESSORIES, INC., and Another, Appellants, v. CHARLES L. CASANAVE, Respondent, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

MARGARET ESPACH and Others, Suing upon Their Own Behalf as Stockholders and for the Benefit of All Other Stockholders of the NASSAU & SUFFOLK LIGHTING COMPANY, Similarly Situated, Respondents, v. NASSAU & SUFFOLK LIGHTING COMPANY and Others, Respondents. CHELROB, INC., Respondent, and B. ARNOLD CHAMBERS, Appellant, Suing upon Their Own Behalf and on Behalf of All Other Stockholders of QUEENS BOROUGH GAS & ELECTRIC COMPANY, Similarly Situated, Who May Join in This Action and Contribute to the Expense Thereof, v. EDWARD F. BARRETT and Others, Respondents.— Upon appeal from so much of an order of the Supreme Court as (1) sets the second above-entitled action down for trial for the 26th day of May, 1941; and (2) directs that all papers and notices of any kind in said action to be served upon the defendants, issue out of the offices of Harry Tabershaw and Robert C. Richter, Esqs.; and (3) designates Harry Tabershaw, Esq., and Robert C. Richter, Esq., as attorneys of record for the plaintiffs in said action; and (4) designates Harry Tabershaw, Esq., and Percival E. Jackson